November 13, 1970

## Commonwealth *v.* Rivera, Appellant.

Submitted September 23, 1970. *Joseph C. Mesics,* Public Defender, for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.